**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| BRIAN WILLEMSSEN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-02841-SHL-tmp |
| | ) | |
| AUTOZONERS, LLC, | ) | |
| Defendant. | ) | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF ADR DEADLINE**

Before the Court is the Parties' Joint Motion for Extension of ADR Deadline in Scheduling Order, filed March 31, 2026.  (ECF No. 26.)  The Parties seek a thirty-day extension of the March 31 ADR deadline.  (Id. at PageID 85.)  According to the Parties, "due to scheduling challenges," they "were unable to find a mutually agreeable date for mediation within the current ADR deadline."  (Id.)  However, they state that they have scheduled an April 22 mediation with Carl Jacobson.  (Id.)  Thus, they seek a deadline extension until April 30.  (Id. at PageID 86.)

For good cause shown, the Motion is **GRANTED**.  The ADR deadline is extended to April 30, 2026.  The Parties are cautioned, however, that no further extensions will be granted.

**IT IS SO ORDERED,** this 1st day of April, 2026.


s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE