**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| BRIAN WILLEMSSEN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-02841-SHL-tmp |
| | ) | |
| AUTOZONERS, LLC, | ) | |
| Defendant. | ) | |

**JUDGMENT**

---

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed August 29, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 29), filed July 22, 2026, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 23, 2026
Date